UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANEL DO, | § § § § | Case No.: 4:24-cv-4060 |
| Plaintiff, | § § | |
| v. | § § § | |
| JPMORGAN CHASE BANK, N.A.; and EQUIFAX INFORMATION SERVICES, LLC, | § § § § | |
| Defendants. | § § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant JPMorgan Chase Bank, N.A. may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Dated:    January 14, 2025

*/s/ Joseph Panvini*
Joseph Panvini
MCCARTHY LAW, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    */s/ Joseph Panvini*