Case 4:24-cv-04060   Document 18   Filed on 02/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANEL DO, | § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action H-24-4060 |
| JPMORGAN CHASE BANK, N.A., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against Defendant Equifax Information Services, LLC, are dismissed with prejudice. (Docket Entry No. 17). Each party to bear its own costs, expenses, and attorneys' fees. As all parties have now been dismissed, this is a final dismissal of this case.

SIGNED on February 21, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge